**Opinion issued February 20, 2020**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00525-CV

————————————

## IN RE R&R VERDURAS, LTD D/B/A R&R PRODUCE AND CRISOFOR DELATORRE, Relators

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators, R&R Verduras, Ltd, doing business as R&R Produce, and Crisofor

Delatorre, have filed a petition for a writ of mandamus challenging the trial court's

order striking their counter-affidavits concerning medical expenses.[1]  *See* TEX. CIV.

PRAC. & REM. CODE § 18.001.  On February 4, 2020, relators moved to dismiss the

---

[1]     The underlying case is *Miguel Frias v. R&R Verduras, Ltd d/b/a R&R Produce and Crisofor Delatorre*, Cause No. 2017-78397, pending in the 190th District Court of Harris County, Texas, the Honorable Beau Miller presiding.

petition for writ of mandamus, stating that the parties have settled the underlying suit and relators no longer want to pursue mandamus relief. No opinion has issued.

We grant relators' motion and dismiss the petition for writ of mandamus. All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.